UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DWAYNE PARKS,

    Defendant.

_____/

HONORABLE PAUL L. MALONEY

Case No. 1:10-cr-186

## ORDER GRANTING MOTION FOR LEAVE TO WITHDRAW

This matter is before the Court on attorney Sean R. Tilton's Motion for Leave to Withdraw as Counsel and Request for Appointment of New Counsel (Dkt. #26). The court records show that the Federal Public Defender was appointed to represent the defendant in this matter on July 20, 2010, and Mr. Tilton entered his appearance on July 21, 2010. Mr. Tilton recently learned that continued representation of the defendant poses a potential conflict of interest between this defendant and a former client of the Office of the Federal Public Defender. Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Leave to Withdraw as Counsel and Request for Appointment of New Counsel (Dkt. #26) is **GRANTED** and replacement counsel shall be appointed.

Date: August 9, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge